**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF TENNESSEE**
**COLUMBIA DIVISION**

| | | |
|---|---|---|
| **JONATHAN JERNIGAN and** | ) | |
| **ANGELA JERNIGAN** | ) | |
| | ) | |
| **Plaintiffs,** | ) | |
| | ) | **Civil No. 1:15-cv-00074** |
| **v.** | ) | **Judge Sharp** |
| | ) | |
| **PENNYMAC HOLDINGS, LLC,** | ) | |
| | ) | |
| **Defendant.** | ) | |

## <u>ORDER</u>

For the reasons set forth in the accompanying Memorandum, Defendant PennyMac

Holdings, LLC's Motion to Dismiss (Docket No. 16) is GRANTED.

The Clerk shall enter final judgment pursuant to Rule 58 of the Federal Rules of Civil

Procedure.

It is SO ORDERED.

_____
KEVIN H. SHARP
UNITED STATES DISTRICT JUDGE